[No. 44656-1-II.   Division Two.   July 8, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHNNY LEE
MILLER, *Appellant*.

Appeal from a judgment of the Superior Court for Clark
County, No. 12-1-02305-1, Daniel L. Stahnke, J., entered
March 14, 2013. *Affirmed in part* and *remanded with
instructions* by unpublished opinion per Worswick, J., con-
curred in by Bjorgen, A.C.J., and Lee, J.

[No. 44713-4-II.   Division Two.   July 8, 2014.]

DALE A. WEEMS, *Appellant*, v. THE BOARD OF INDUSTRIAL
INSURANCE APPEALS, *Respondent*.

Appeal from a judgment of the Superior Court for Thur-
ston County, No. 12-2-00382-1, James J. Dixon, J., entered
March 8, 2013. *Reversed* and *remanded with instructions* by
unpublished opinion per Worswick, J., concurred in by Hunt
and Melnick, JJ.

[No. 44918-8-II.   Division Two.   July 8, 2014.]

ACTIVE CONSTRUCTION INC., *Appellant*, v. THE DEPARTMENT OF
LABOR AND INDUSTRIES, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 11-2-15989-8, Vicki L. Hogan, J., entered April
26, 2013. *Affirmed* by unpublished opinion per Johanson,
C.J., concurred in by Hunt and Melnick, JJ.

[No. 45295-2-II.   Division Two.   July 8, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. MITCHELL ANTHONY
RUDNICK, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz
County, No. 12-1-00383-9, Stephen M. Warning, J., entered
July 30, 2013. *Reversed* and *remanded with instructions* by
unpublished opinion per Hunt, J., concurred in by Johan-
son, C.J., and Melnick, J.